No. 1257, Misc. HIGGINS *v.* WILKINS, WARDEN. Court of Appeals of New York. Certiorari denied.

No. 795. AMERICAN INSTITUTE FOR ECONOMIC RESEARCH, INC., *v.* UNITED STATES, 372 U. S. 976;

No. 911. MILLPAX, INC., ET AL. *v.* UNITED STATES, *ante*, p. 903; and

No. 809, Misc. BENTLEY *v.* UNITED STATES, 372 U. S. 946. Petitions for rehearing denied.

No. 815. EUGE *v.* MISSOURI, 372 U. S. 960. Motion for leave to file petition for rehearing denied.

No. 955. FELICE *v.* UNITED STATES, *ante*, p. 915. Petition for rehearing denied. MR. JUSTICE WHITE took no part in the consideration or decision of this petition.